## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTOPHER WANAMAKER, | ) |
| Plaintiff, | ) |
| v. | ) CIV-14-12-R |
| SGT. JAY CHAFFIM, et al., | ) |
| Defendant. | ) |

### ORDER

Plaintiff filed this action pursuant to 42 U.S.C. § 1983, alleging violation of his civil rights. Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Gary M. Purcell for preliminary review. On March 10, 2014, Judge Purcell issued a Report and Recommendation wherein he recommended that the cause of action be dismissed without prejudice to 28 U.S.C. §§ 1915A(b) and 1915(e)(2)(B) for failure to state a claim. The record reflects that Plaintiff has not objected to the Report and Recommendation within the time limits prescribed therein nor sought an extension of time in which to respond. Accordingly, the Report and Recommendation is hereby adopted in its entirety and this action is dismissed without prejudice.

IT IS SO ORDERED this 4th day of April, 2014.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE